# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

KYLE VAN SLATE and LAMONT VAN SLATE,

  Plaintiffs,

vs.

SKIER'S CHOICE, INC.; INDMAR PRODUCTS CO., INC. and DOES 1 through 20,

  Defendants.

CASE NO. 2:08-cv-00420-lkk-efb

ORDER OF DISMISSAL PURSUANT TO RULE 41(a) F.R.Civ.P.

Judge: Hon. Lawrence K. Karlton

Trial Date: January 20, 2010

Upon consideration of the parties' Stipulation and upon other good cause, it is hereby ORDERED the action now pending be dismissed with prejudice pursuant to Rule 41(a) F.R.Civ.P.

  IT IS SO ORDERED.

Dated:   April 21, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
STIPULATION TO DISMISS IN EXHANGE FOR A WAIVER OF COSTS AND FEES- ORDER

PDF created with pdfFactory trial version www.pdffactory.com